# Court of Appeals
# of the State of Georgia

ATLANTA, May 05, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1874. JENNIFER DAUGHERTY v. MATTHEW WOODARD.

Jennifer Daugherty filed this action against Matthew Woodard, seeking to hold him in contempt of his child support obligation under the parties' divorce decree. The trial court issued an order finding Woodard in contempt, but finding that the court could not calculate his arrearage. The court also issued an order awarding Woodard attorney fees. Daugherty then filed this direct appeal. We lack jurisdiction.

Appeals from judgments or orders in domestic relations cases, including orders "holding or declining to hold persons in contempt," must be made by application for discretionary appeal. See OCGA § 5-6-35(a)(2), (b). See also *Russo v. Manning*, 252 Ga. 155, 156 (312 SE2d 319) (1984) ("A judgment of contempt regarding a domestic relations decree is appealable only by application for discretionary appeal."); *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426, 427 (731 SE2d 110) (2012) (an action in which the "underlying subject matter is a father's obligation to provide child support" is "a domestic relations case subject to review only by application"). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021).

Thus, Daugherty's failure to follow the discretionary appeals procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/05/2026

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*